# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAR FRANK BUACY WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITY HEALTHCARE CLINIC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 09-1730 (RBW) |

## MEMORANDUM OPINION

John Caulfield, one of the defendants, has moved to dismiss claims against him and has alternatively moved for summary judgment. *See* Defendant John Caulfield's Motion to Dismiss, or in the Alternative, for Summary Judgment, ECF No. 13. On October 13, 2010, the Court ordered the plaintiff to file his opposition or other response to the defendant's motion within 14 days, warning that failure to file an opposition "carries with it the risk that judgment will be entered for [the d]efendant," because "the Court may choose treat as conceded any motion not opposed within the time limits put in place by the Court." Order at 2–3, ECF No. 19. Now, over three months later, no opposition has been filed. The Court will therefore grant the defendant's motion as unopposed by a separate order to issue this date.

/s/
REGGIE B. WALTON
United States District Judge

Date: January 20, 2011