**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JAMAR FRANK BUACY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1730 (RBW) |
| | ) | |
| UNITY HEALTHCARE CLINIC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

In accordance with the memorandum opinion issued this date, it is hereby

ORDERED that Defendant John Caulfield's Motion to Dismiss or, in the Alternative, for

Summary Judgment, is GRANTED as unopposed.

SO ORDERED this 20th day of January 2011.

/s/
REGGIE B. WALTON
United States District Judge